# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM F. BROWN, JR., ) | |
| ) | Case No.: 2:12-cv-02129-GMN-NJK |
| Plaintiff, ) | |
| vs. ) | **ORDER ACCEPTING REPORT &** |
| ) | **RECOMMENDATION OF MAGISTRATE** |
| BECHTEL NEVADA CORPORATION, ) | **JUDGE NANCY J. KOPPE** |
| ) | |
| Defendant. ) | |
| ) | |

Before the Court for consideration is the Report and Recommendation (ECF No. 17) of the Honorable Nancy J. Koppe, United States Magistrate Judge, entered November 8, 2013.

Pursuant to Local Rule IB 3-2(a), objections were due by November 25, 2013.  No objections have been filed.  In accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, the Court has reviewed the record in this case and has determined that Magistrate Judge Koppe's Recommendation should be **ACCEPTED**.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Attorney's Fees (ECF No. 15) is **DENIED**.

**DATED** this 26th day of November, 2013.

_____
Gloria M. Navarro
United States District Judge